**No. 47016.**—Protests 941160–G, etc., of Polan, Katz & Co. (Baltimore).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that the merchandise in question consists of waterproof cloth in chief value of cotton the same as that the subject of *Caesar* v. *United States* (6 Cust. Ct. 455, C. D. 515) the protests were sustained.